IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| KENNETH TYRELL WINSLOW, #25029442 | § § § | |
| *Plaintiff,* | § § § | |
| v. | § § | Civil Action No. 3:25-CV-2840-X-BN |
| UNITED HEALTH CARE, ET AL., | § § § | |
| *Defendants.* | § | |

**ORDER ACCEPTING FINDINGS, CONCLUSIONS, AND
RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE**

The United States Magistrate Judge made findings, conclusions, and a recommendation in this case. No objections were filed. The District Court reviewed the proposed findings, conclusions, and recommendation for plain error. Finding none, the Court **ACCEPTS** the Findings, Conclusions, and Recommendation of the United States Magistrate Judge.

**SO ORDERED** this 12th day of January, 2026.

_____
BRANTLEY STARR
UNITED STATES DISTRICT JUDGE