IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | |
|---|---|
| VERA DAVIS-CLEWIS, § | |
| § | |
| *Plaintiff*, § | |
| § | |
| v. § | Civil Action No. 3:25-cv-529-X-BT |
| § | |
| DEPARTMENT OF VETERANS § | |
| AFFAIRS, § | |
| § | |
| *Defendant*. § | |

## ORDER ACCEPTING FINDINGS, CONCLUSIONS, AND RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE

The United States Magistrate Judge made findings, conclusions, and a recommendation in this case. (Doc. 41). Objections were filed, and the Court has made a *de novo* review of those portions of the proposed findings, conclusions, and recommendation to which objection was made.[1] The objections are overruled, and the Court **ACCEPTS** the Findings, Conclusions, and Recommendation of the United States Magistrate Judge.

**IT IS SO ORDERED** this 15th day of January, 2026.

_____
BRANTLEY STARR
UNITED STATES DISTRICT JUDGE

---

[1] Although Davis-Clewis raises four objections to the Magistrate Judge's order, the objections lack any basis in law and are devoid of a single citation. Even after a *de novo* review considering the objections, the Court agrees with the Magistrate Judge's findings, conclusions, and recommendation.